UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO ANDERSON,<br><br>                      Petitioner,<br>         v.<br><br>ISIDRO BACA, *et al.*,<br><br>                      Respondents. | Case No. 3:16-cv-00545-MMD-WGC<br><br>ORDER |

Petitioner has a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He has not filed an application to proceed *in forma pauperis*, but he has filed a financial certificate and a statement of his inmate account. The Court finds that petitioner has enough money in his account to pay the full filing fee of five dollars ($5.00).

It is therefore ordered that petitioner will have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the Clerk of the Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk of the Court send petitioner two (2) copies of this order. Petitioner is ordered to make the necessary arrangements to have one (1) copy of this order attached to the check paying the filing fee.

DATED THIS 17th day of October 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE