UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICARDO ANDERSON,<br><br>                Petitioner,<br>    v.<br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00545-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' motion for enlargement of time (first request) (ECF No. 27) is granted. Respondents will have through June 28, 2018, to file and serve their response to the Petition.

DATED THIS 24th day of May 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE